Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
RICARDO REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO REYES ) | Case No.: 1:15-cv-00258-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE Opening Brief |
| ) | |
| CAROLYN W. COLVIN, Acting ) | (FIRST REQUEST) |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Ricardo Reyes and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from October 7, 2015 to October 21, 2015 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

///

-1-

This request is made at the request of Plaintiff to allow newly assigned counsel of record to become familiar with the case and prepare fully research the issues presented.

DATE: October 8, 2015        Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Ricardo Reyes

DATE:  October 8, 2015

BENJAMIN A. WAGNER
United States Attorney

/s/ *Theophous H. Reagans*

BY: _____
Theophous H. Reagans
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to October 21, 2015, in which to file an opening brief.   All other deadlines set forth in the February 19, 2015 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 9, 2015**              /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE