# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO REYES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:15-cv-00258-BAM<br><br>**ORDER DENYING STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>(Doc. 15)<br><br>FOURTEEN-DAY DEADLINE |

On December 1, 2015, the parties filed a stipulation, subject to the Court's approval, to extend the briefing schedule in this matter. Specifically, the parties requested that the Court extend the time for Defendant to file a cross-motion for summary judgment from November 20, 2015 to January 5, 2015. Defense counsel explained that the stipulation was necessary because "the case was reassigned to current counsel who was unaware of the reassignment and did not calendar the due date." (Doc. 15 at 1-2.)

Where, as here, a party requests an extension of time after the time has expired, the party must demonstrate that the failure to act was due to excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). According to the record, defense counsel appeared in this action as early as March 23, 2015. (Doc. 6.) Defense counsel also apparently stipulated to Plaintiff's extension of time to file his

1

opening brief in October 2015. (Doc. 12 at 2.) Given counsel's recurring and recent involvement in this action, it does not appear that the failure to calendar the due date was the result of an unknown reassignment. The Court therefore finds no excusable neglect. Accordingly, the stipulation for an extension of time is HEREBY DENIED. Defendant shall serve and file a response to Plaintiff's opening brief within fourteen (14) days of the date of this order.

IT IS SO ORDERED.

    Dated: __**December 2, 2015**__      ___/s/ Barbara A. McAuliffe___
                                                    UNITED STATES MAGISTRATE JUDGE