BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO REYES,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:15-CV-00258-BAM<br><br>STIPULATION SENTENCE FOUR REMAND |

    IT IS HEREBY STIPULATED, by and between Ricardo Reyes (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), through their through their respective counsel of record that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence consistent with 20 C.F.R. §§ 404.1527 and 416.927, and Social Security Rulings (SSR) 96-2p and 96-5p. The Appeals Council will also instruct the ALJ to further evaluate whether Plaintiff has the residual functional capacity to perform his past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity.  The ALJ will take any further action the ALJ deems necessary to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 17, 2015                    /s/  Cyrus Safa
                                            (email authorization)
                                            CYRUS SAFA
                                            Attorney for Plaintiff


Dated: December 17, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney
                                            THEOPHOUS H. REAGANS



                                   By:      /s/ Theophous H. Reagans
                                            THEOPHOUS H. REAGANS
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **December 21, 2015**                     /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE