1  Cyrus Safa
   Attorney at Law: 282971
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Ricardo Reyes
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10 | RICARDO REYES,                              | ) | Case No.: 1:15-cv-00258-BAM
   |                                             | ) |
11 |                 Plaintiff,                  | ) | ORDER AWARDING EQUAL
   |                                             | ) | ACCESS TO JUSTICE ACT
12 |      vs.                                    | ) | ATTORNEY FEES AND EXPENSES
   |                                             | ) | PURSUANT TO 28 U.S.C. § 2412(d)
13 | CAROLYN W. COLVIN, Acting                   | ) | AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,            | ) | U.S.C. § 1920
14 |                                             | ) |
   |                                             | ) |
15 |                 Defendant                   | ) |
   |                                             | ) |
16

17         Based upon the parties' Stipulation for the Award and Payment of Equal

   Access to Justice Act Fees, Costs, and Expenses filed on March 10, 2016
18
   ("Stipulation"):
19
           IT IS ORDERED that fees and expenses in the amount of $4,100.00 as
20
   authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22 IT IS SO ORDERED.

23
        Dated:   **March 11, 2016**            /s/ *Barbara A. McAuliffe*
24                                             UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26